**THOMAS et al. v. CHARLES BAKER & CO., Inc.**

**No. 6697.**

District Court, E. D. Pennsylvania.
July 25, 1932.

Morgan, Lewis & Bockius and Wolf, Block, Schorr & Solis-Cohen, all of Philadelphia, Pa., for plaintiffs.

Byron, Longbottom, Pape & O'Brien, of Philadelphia, Pa., for National Surety Co.

KIRKPATRICK, District Judge.

And now, to wit, this 25th day of July, 1932, upon reading and consideration of the within report of T. McKeen Chidsey, Esquire, special master in the above case, no exceptions thereto having been filed, the same is hereby approved. Distribution may be made in accordance with the schedule made part of the master's report.